UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ZHIWAR ISMAIL,

Plaintiff,

Civil No. 25-3484 (JRT/LIB)

v.

MOORHEAD POLICE DEPT.,

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Defendant.

Zhiwar Ismail, Clay County Jail, 800 9th Street North, P.O. Box 280, Moorhead, MN 56561, pro se Plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Leo I. Brisbois dated September 30, 2025 (Docket No. [7]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

1. This matter be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b); and

2. The application to proceed in forma pauperis of plaintiff Zhiwar Ismail, (Docket No. [4]), be **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: February 10, 2026            _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                 JOHN R. TUNHEIM
                                                     United States District Judge